AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PETERSON, JOHN L. | UNITED STATES BANKRUPTCY COURT | 5/10/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| BANKRUPTCY JUDGE (RECALLED) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

215 FEDERAL BUILDING
400 N. MAIN
BUTTE, MT 59701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 11/22/02 | PETERSON IRA; WELLS FARGO INVESTMENT MANAGEMENT & TRUST, TRUSTEE |
| 2. 4/1/08 | PETERSON, TRUST ACCOUNT, WELLS FARGO INVESTMENT, TRUSTEE |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PETERSON, JOHN L.. | 5/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Montana | 10/28/2011 | Helena, Montana | Speaker at CLE | Mileage and Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PETERSON, JOHN L.** | 5/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PETERSON, JOHN L. | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA - See lines 2 through 49 | | | | | | | | | |
| 2. Wells Fargo Fund | A | Interest | L | T | | | | | |
| 3. U.S. Treasury Notes | A | Interest | L | T | | | | | |
| 4. Berkshire-Hathaway | A | Dividend | J | T | | | | | |
| 5. Astra Zeneca | A | Dividend | J | T | | | | | |
| 6. J.P. Morgan Bond | B | Interest | K | T | | | | | |
| 7. Cisco Systems | A | Dividend | J | T | | | | | |
| 8. HSBC Hedgs | A | Dividend | K | T | | | | | |
| 9. AT&T Common | A | Dividend | J | T | | | | | |
| 10. Chevron Common | A | Dividend | J | T | | | | | |
| 11. Dupont Common | A | Dividend | J | T | | | | | |
| 12. Abbott Labs | A | Dividend | J | T | | | | | |
| 13. Fortune Brands Common | A | Dividend | K | T | | | | | |
| 14. General Electric Common | A | Dividend | J | T | | | | | |
| 15. International Business Machines Common | A | Dividend | J | T | | | | | |
| 16. Johnson & Johnson Common | A | Dividend | K | T | | | | | |
| 17. Pfizer | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PETERSON, JOHN L. | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. May Department Common | A | Dividend | J | T | | | | | |
| 19. McDonald's Common | A | Dividend | J | T | | | | | |
| 20. Minn. Mining & Mfg. Common (3M) | A | Dividend | J | T | | | | | |
| 21. Proctor & Gamble Common | A | Dividend | J | T | | | | | |
| 22. Public Service Common | A | Dividend | J | T | | | | | |
| 23. U.S. Bancorp Common | A | Dividend | J | T | | | | | |
| 24. Schlumberger Common | A | Dividend | J | T | | | | | |
| 25. Rohm & Hans Common | A | Dividend | J | T | | | | | |
| 26. Fleet National Bank Bonds | B | Interest | K | T | | | | | |
| 27. Nat'l Rural Utilities Bond | B | Interest | K | T | | | | | |
| 28. Walgreen Co | A | Dividend | J | T | | | | | |
| 29. Aegon N.V. Oro Common | A | Dividend | J | T | | | | | |
| 30. SBC Communications | A | Dividend | J | T | | | | | |
| 31. Goldman Sacks Group | A | Dividend | J | T | | | | | |
| 32. Bank NY Mellon | A | Dividend | | | Sold | 10/13/11 | J | | |
| 33. Hewlitt Packard Common | A | Dividend | J | T | | | | | |
| 34. JP Morgan Chase Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PETERSON, JOHN L. | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Pepsico, Inc. Common | A | Dividend | J | T | | | | | |
| 37. St. Paul COS Common | A | Dividend | J | T | | | | | |
| 38. CUS/Caremark | A | Dividend | K | T | | | | | |
| 39. Sysco Corp | A | Dividend | K | T | | | | | |
| 40. Proctor Gamble | A | Dividend | K | T | | | | | |
| 41. American Express Common | A | Dividend | C | T | | | | | |
| 42. Emeron Elec. Common | A | Dividend | J | T | | | | | |
| 43. Exxon Common | A | Dividend | J | T | | | | | |
| 44. Comcost Common | A | Dividend | J | T | | | | | |
| 45. Pfizor Common | A | Dividend | J | T | | | | | |
| 46. Phillip Morris Common | A | Dividend | J | T | | | | | |
| 47. Sara Lee Common | A | Dividend | J | T | | | | | |
| 48. Verizon Common | A | Dividend | J | T | | | | | |
| 49. Target Common | A | Dividend | J | T | | | | | |
| 50. Affiliated Mgr Group, Inc. | | None | J | T | | | | | |
| 51. U.S. Savings Bonds | | None | | | Sold | 9/10/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PETERSON, JOHN L. | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. U.S. Bank | A | Interest | L | T | | | | | |
| 53. Glacier Bank | A | Interest | J | T | | | | | |
| 54. American Federal Savings Bank | A | Interest | J | T | | | | | |
| 55. | | | | | | | | | |
| 56. Brokerage #1 - Account No. 59-108 | | | | | | | | | |
| 57. Gallatin City Bond | B | Interest | L | T | | | | | |
| 58. Kalispell Rev. Bond | B | Interest | L | T | | | | | |
| 59. Missoula City Bond | A | Interest | | | Matured | 8/1/11 | J | | |
| 60. Mont. St. Brd Housing Bond | A | Interest | K | T | | | | | |
| 61. Teton City Rev. Bond | A | Interest | K | T | | | | | |
| 62. Yellowstone City Rev. Bond | A | Interest | K | T | | | | | |
| 63. DuPont Common | A | Dividend | J | T | | | | | |
| 64. Automatic Data Common | A | Dividend | J | T | | | | | |
| 65. GE Common | A | Dividend | J | T | | | | | |
| 66. Honeywell Common | A | Dividend | J | T | | | | | |
| 67. United Tech Common | A | Dividend | J | T | | | | | |
| 68. 3M Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PETERSON, JOHN L. | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SBC Comm. Common | A | Dividend | J | T | | | | | |
| 70. Verizon Common | A | Dividend | J | T | | | | | |
| 71. Fortune Common | A | Dividend | J | T | | | | | |
| 72. Home Depot Common | A | Dividend | J | T | | | | | |
| 73. McDonald's Common | A | Dividend | J | T | | | | | |
| 74. Target Common | A | Dividend | J | T | | | | | |
| 75. WalMart Common | A | Dividend | J | T | | | | | |
| 76. Walt Disney Common | A | Dividend | J | T | | | | | |
| 77. PepsiCo Common | A | Dividend | J | T | | | | | |
| 78. Proctor Gamble Common | A | Dividend | J | T | | | | | |
| 79. Sara Lee Common | A | Dividend | J | T | | | | | |
| 80. Walgreen | A | Dividend | J | T | | | | | |
| 81. Chevron/Texaco Common | A | Dividend | J | T | | | | | |
| 82. Exxon Common | A | Dividend | J | T | | | | | |
| 83. Royal Dutch Common | A | Dividend | J | T | | | | | |
| 84. Schlumberger Common | A | Dividend | J | T | | | | | |
| 85. Am. Express Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PETERSON, JOHN L. | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Amer. Int'l Group Common | A | Dividend | J | T | | | | | |
| 87. Citigroup Common | A | Dividend | J | T | | | | | |
| 88. JP Morgan Common | A | Dividend | | | Sold | 01/10/11 | J | | |
| 89. St. Paul COS Common | A | Dividend | J | T | | | | | |
| 90. U.S. Bancorp Common | A | Dividend | J | T | | | | | |
| 91. Amgon Common | A | Dividend | J | T | | | | | |
| 92. Cardinal Health Common | A | Dividend | J | T | | | | | |
| 93. Johnson & Johnson Common | A | Dividend | J | T | | | | | |
| 94. Medtsonic Common | A | Dividend | J | T | | | | | |
| 95. Merck Common | A | Dividend | J | T | | | | | |
| 96. Pfizer Common | A | Dividend | J | T | | | | | |
| 97. Wyeth Common | A | Dividend | J | T | | | | | |
| 98. Cisco Common | A | Dividend | J | T | | | | | |
| 99. Hewlitt Packard Common | A | Dividend | J | T | | | | | |
| 100. Intel Common | A | Dividend | J | T | | | | | |
| 101. IBM Common | A | Dividend | J | T | | | | | |
| 102. Microsoft Common | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PETERSON, JOHN L. | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Texas Instrument Common | A | Dividend | J | T | | | | | |
| 104.  PS SVC | A | Dividend | J | T | | | | | |
| 105.  IShares Mututal FundsiShares S&P MidCap 400 Index Fund | A | Dividend | J | T | | | | | |
| 106.  TXU | A | Dividend | J | T | | | | | |
| 107.  Cisco Systems Bond | A | Interest | J | T | | | | | |
| 108.  Astra Zen RCA Bond | A | Interest | J | T | | | | | |
| 109.  Hewlitt Packard Bond | A | Interest | J | T | | | | | |
| 110.  SBC Communications Bond | A | Interest | J | T | | | | | |
| 111.  Emerson Electric | A | Dividend | J | T | | | | | |
| 112.  Intel Corp | A | Dividend | J | T | | | | | |
| 113.  Rockwell Automation | A | Dividend | J | T | | | | | |
| 114.  Bank of America | A | Dividend | J | T | | | | | |
| 115.  BP PLC-ADR Common | A | Dividend | J | T | | | | | |
| 116.  Travelers Co | A | Dividend | J | T | | | | | |
| 117.  BHP Billiton Limited | A | Dividend | J | T | | | | | |
| 118.  Capital One Finance | A | Dividend | J | T | | | | | |
| 119.  Cooper Industries | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PETERSON, JOHN L. | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Diago PLC-ADR | A | Dividend | J | T | | | | | |
| 121.  Icon Mountain, Inc. | A | Dividend | | | Sold | 03/11/11 | J | | |
| 122.  Plum Creek Lumber | A | Dividend | J | T | | | | | |
| 123.  Union Pacific Corp. | A | Dividend | J | T | | | | | |
| 124.  Kohls Corp | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PETERSON, JOHN L. | 5/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| PETERSON, JOHN L. | 5/10/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOHN L. PETERSON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544